IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LAUREN H.,

     Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

     Defendant.

Case No.: 3:25-cv-117

District Judge Michael J. Newman
Magistrate Judge Stephanie K. Bowman

---

**ORDER: (1) GRANTING THE PARTIES' UNOPPOSED, JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (Doc. No. 13); (2) AWARDING EAJA ATTORNEY'S FEES IN THE TOTAL AMOUNT OF $4,300.00; AND (3) MAINTAINING THE TERMINATION OF THIS CASE ON THE DOCKET**

---

This Social Security disability benefits appeal is before the Court on the parties' unopposed, joint stipulation for an award of attorney's fees under the EAJA, 28 U.S.C. § 2412(d). Doc. No. 13. The parties have stipulated to an award of $4,300.00 in attorney fees in full satisfaction and settlement of any and all claims Plaintiff may have under the EAJA in this case. *Id*.

For good cause shown and in light of the parties' unopposed, joint stipulation, the Court: (1) **GRANTS** the parties' joint stipulation; and (2) **AWARDS** EAJA fees in the total amount of $4,300.00. This case remains **TERMINATED** on the Court's docket.

    **IT IS SO ORDERED.**

July 10, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge